**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 2998** 

------------------------------------------------------------- x

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,

                Plaintiff,

-against-

CUSHMAN & WAKEFIELD, INC. and 444
REALTY COMPANY, LLC,

                Defendants.

Case No.: Civ.



------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Hartford Fire Insurance Company (a private non-governmental party) discloses as follows:

Hartford Fire Insurance Company is a wholly owned subsidiary of the Hartford Financial Services Group

Dated: New York, New York
       April 13, 2007

                                      ROBINSON & COLE LLP

                                      By: _____
                                      Michael B. Golden (MBG-0633)
                                      Attorneys for Plaintiff
                                      885 Third Avenue, 28th Floor
                                      New York, NY 10022
                                      Tel. No.: (212) 451-2900

NEWY1-633057-1