GLOBAL PROCESS SERVICE CO., INC.
291 BROADWAY, SUITE 1504
NEW YORK, NY 10007
LIC. # 887-054

UNITED STATES DIST. CT. SOUTHERN DIST.
COUNTY OF NEW YORK

HARTFORD FIRE INSURNCE COMPANY A/S/O SYNC SOUND, INC.

Index No. 07 CV 2998

Plaintiff(s)

- against -

AFFIDAVIT OF SERVICE

CUSHMAN & WAKEFIELD, INC. ET ANO

Defendant(s)

SUMONS AND COMPLAINT; CIVIL COVER SHEET RULE 7.1 *

STATE OF NEW YORK: COUNTY OF NEW YORK   ss:

DANIEL MILLER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 04/30/07 at 1010AM Hours at C/O SECRETARY OF STATE 41 STATE STREET ALBANY, NY deponent served the within SUMONS AND COMPLAINT; CIVIL COVER SHEET RULE 7.1 * on CUSHMAN & WAKEFIELD, INC. therein named,

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ☐ (S) He identified (her) himself as such.

**CORPORATION B** ☒ a (domestic) (foreign) corporation by delivering thereat a true copy of each to CAROL VOGT personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be AUTHORIZED AGENT thereof

**SUITABLE AGE PERSON C** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. ☐ (S) He identified (her) himself as of recipient

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

* STATEMENT, JUDGE'S INDIVIDUAL RULES

**MAILING USE WITH C or D** ☐ Service upon the N.Y.S. Secretary of State under Section 306 of the B.C.L. and tendering a fee of $40.00 Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above recipient at and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 45 | 5'4 | 150 |

**MILITARY SERVICE** ☐ Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient (s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the
05/01/07

SANDRA FARRON
Notary Public, State of New York
No. 01FA4784241
Qualified in Nassau County
Commission Expires Sept. 30, 2009

DANIEL MILLER
LICENSE No.

# 109272