UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                 :

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,                              :      Case No. 07 CV 2998 NRB

                            Plaintiff,            :

   -against-                                      :

CUSHMAN & WAKEFIELD, INC, and 444 REALTY   :
COMPANY, LLC
                                                       :

                          Defendant(s).
                                                       :
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT
**(electronically filed)**

      Pursuant to Federal Rule of Civil Procedure 7.1, 444 Realty Company, LLC (a private non-governmental party) does not have a parent corporation nor is there any publicly held corporation that holds 10% or more of it's stock.


Dated:      May 18, 2007
              White Plains, New York


                                                  ROSENBLUM NEWFIELD, LLC.

                                                     s/ James S. Newfield
                                                    _____
                                                   James S. Newfield / Fed Bar #JN9422
                                                   Attorneys for Defendants
                                                   CUSHMAN & WAKEFIELD and
                                                   444 REALTY COMPANY, LLC
                                                   50 Main Street
                                                   White Plains, NY 10606
                                                   (914) 686-6100

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HARTFORD FIRE INSURANCE COMPANY                                   :
a/s/o Sync Sound, Inc.,                                           :     Case No. 07 CV 2998 NRB
                                                                  :
                              Plaintiff,                    :
                                                                  :
   -against-                                                    :
                                                                  :
CUSHMAN & WAKEFIELD, INC, and 444 REALTY             :
COMPANY, LLC
                                                                  :
                              Defendant(s).               :
                                                                  :
------------------------------------------------------------------X


## RULE 7.1 DISCLOSURE STATEMENT
### (electronically filed)


      Pursuant to Federal Rule of Civil Procedure 7.1, 444 Realty Company, LLC (a private non-governmental party) does not have a parent corporation nor is there any publicly held corporation that holds 10% or more of it's stock.


Dated:        May 18, 2007
                White Plains, New York


                                            ROSENBLUM NEWFIELD, LLC.

                                              s/ James S. Newfield
                                      _____
                                      James S. Newfield / Fed Bar #JN9422
                                      Attorneys for Defendants
                                      CUSHMAN & WAKEFIELD and
                                      444 REALTY COMPANY, LLC
                                      50 Main Street
                                      White Plains, NY 10606
                                      (914) 686-6100