UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                         :

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,                                  :      Case No. 07 CV 2998 NRB

                              Plaintiff,           :

     -against-                                         :

CUSHMAN & WAKEFIELD, INC, and 444 REALTY    :
COMPANY, LLC
                                                         :

                              Defendant(s).
                                                         :
------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT
**(electronically filed)**

       Pursuant to Federal Rule of Civil Procedure 7.1, Cushman & Wakefield, Inc (a private non-governmental party) discloses as follows:

       Cushman & Wakefield, Inc is a wholly owned subsidiary of Cushman & Wakefield Holdings, Inc.

Dated:       May 18, 2007
               White Plains, New York

                                          ROSENBLUM NEWFIELD, LLC.

                                          s/ James S. Newfield
                                        _____
                                        James S. Newfield / Fed Bar #JN9422
                                        Attorneys for Defendants
                                        CUSHMAN & WAKEFIELD and
                                        444 REALTY COMPANY, LLC
                                        50 Main Street
                                        White Plains, NY 10606
                                        (914) 686-6100

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HARTFORD FIRE INSURANCE COMPANY                                    :
a/s/o Sync Sound, Inc.,                                            :   Case No. 07 CV 2998 NRB
                                                                   :
                         Plaintiff,                :
                                                                   :
   -against-                                                     :
                                                                   :
CUSHMAN & WAKEFIELD, INC, and 444 REALTY                           :
COMPANY, LLC                                                       :
                                                                   :
                      Defendant(s).                :
                                                                   :
-------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT
### (electronically filed)

      Pursuant to Federal Rule of Civil Procedure 7.1, Cushman & Wakefield, Inc (a private non-governmental party) discloses as follows:

      Cushman & Wakefield, Inc is a wholly owned subsidiary of Cushman & Wakefield Holdings, Inc.

Dated:      May 18, 2007
                 White Plains, New York

                                              ROSENBLUM NEWFIELD, LLC.

                                               s/ James S. Newfield
                                          _____
                                          James S. Newfield / Fed Bar #JN9422
                                          Attorneys for Defendants
                                          CUSHMAN & WAKEFIELD and
                                          444 REALTY COMPANY, LLC
                                          50 Main Street
                                          White Plains, NY 10606
                                          (914) 686-6100