AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF             NEW YORK

Hartford Fire Insurance Co.

v.

Cushman & Wakefield, Inc, et al

**APPEARANCE**

Case Number: 07 CV 2998    NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cushman & Wakefield, Inc. and 444 Realty Co., LLC

I certify that I am admitted to practice in this court.

May 17, 2007
Date

_Signature_

James S. Newfield                    JN9422
Print Name                           Bar Number

Rosenblum Newfield, LLC,   50 Main Street
Address

White Plains, NY 10606
City            State            Zip Code

(914) 686-6100              (914) 686-6140
Phone Number                Fax Number