UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,                                        :        Case No. 07 CV 2998 NRB

                        Plaintiff,               :

        -against-                                        :        **MOTION TO ADMIT**
                                                                                                         **COUNSEL PRO HAC VICE**

CUSHMAN & WAKEFIELD, INC, and 444 REALTY        :
COMPANY, LLC

                        Defendant(s).        :

----------------------------------------------------------------------X

       PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James S. Newfield, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    JAMES F. BIONDO
    Firm Name:            Rosenblum Newfield LLC
    Address:               50 Main Street
    City/State/Zip:       White Plains, NY 10606
    Phone Number:      914-686-6100
    Fax Number:         914-686-6140

JAMES F. BIONDO is a member in good standing of the Bar of the States of Connecticut and New York.

---

There are no pending disciplinary proceedings against JAMES F. BIONDO in any State or Federal court.

Dated: August 10, 2007
White Plains, NY

                                                  Respectfully submitted,

                                                  James S. Newfield / SDNY Bar #JN9422
                                                  Rosenblum Newfield LLC
                                                  50 Main Street
                                                  White Plains, NY 10606
                                                  Tel: (914) 686-6100
                                                  Fax: (914) 686-6140



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **James F. Biondo** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27th** day of **November 1996** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 26, 2007**

*James Edward Pelzer*
Clerk



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Superior Court at **Norwalk** on the **seventeenth** day of **November 1995**

**James F. Biondo**

of

**Fairfield, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this **second** day of **August** 20 **07**.

Michéle T. Angers
Chief Clerk



UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,

       Plaintiff,

 -against-

CUSHMAN & WAKEFIELD, INC, and 444 REALTY
COMPANY, LLC

       Defendant(s).

---------------------------------------------------------------------X

Case No. 07 CV 2998 NRB

**AFFIDAVIT OF JAMES S. NEWFIELD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York )
       ) ss:
County of    )

JAMES S. NEWFIELD, being duly sworn, hereby deposes and says as follows:

1. I am (partner at Rosenblum Newfield LLC), counsel for defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit JAMES F. BIONDO as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known JAMES F. BIONDO since 1995.

4. MR. BIONDO is partner at Rosenblum Newfield, LLC in White Plains, New York.

5. I have found MR. BIONDO to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of JAMES F. BIONDO, pro hac vice.

7. I respectfully submit a proposed order granting the admission of JAMES F. BIONDO, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit JAMES F. BIONDO, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: August 10, 2007
White Plains, NY

Subscribed and sworn to before me
this 10th day of August, 2007

_____
Notary Public
My Commission Expires 6/30/2010

 

Respectfully submitted,

_____
James S. Newfield / SDNY Bar #JN9422
Rosenblum Newfield LLC
50 Main Street
White Plains, NY 10606
Tel: (914) 686-6100
Fax: (914) 686-6140

UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc., : Case No. 07 CV 2998 NRB

Plaintiff, : **ORDER FOR ADMISSION**
**PRO HAC VICE**
**-against-** : **ON WRITTEN MOTION**

:
CUSHMAN & WAKEFIELD, INC, and 444 REALTY :
COMPANY, LLC
Defendant(s).
:
-----------------------------------------------------------------------X

Upon the motion of JAMES S. NEWFIELD attorney for CUSHMAN & WAKEFIELD, INC. and 444 REALTY COMPANY, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | JAMES F. BIONDO |
| Firm Name: | Rosenblum Newfield LLC |
| Address: | 50 Main Street |
| City/State/Zip: | White Plains, NY 10606 |
| Phone/Fax Number: | 914-686-6100 / 914-686-6140 |
| Email Address: | jbiondo@rosenblumnewfield.com |

is admitted to practice pro hac vice as counsel for CUSHMAN & WAKEFIELD, INC. and 444 REALTY COMPANY, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 10, 2007
White Plains, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT #

# ROSENBLUM NEWFIELD LLC         *Attorneys at Law*

| | | | |
|---|---|---|---|
| RosenblumNewfield.com<br>Atty@RosenblumNewfield.com | 1 Landmark Square<br>Stamford, CT 06901<br>Tel. (203) 358-9200<br>Fax (203) 358-0687 | 50 Main Street<br>White Plains, NY 10606<br>Tel. (914) 686-6100<br>Fax (914) 686-6140 | The Chrysler Center<br>405 Lexington Avenue<br>26th Floor, #28001<br>New York, NY 10174<br>Tel. (212) 888-8001<br>Fax (212) 888-3331 |

August 10, 2007

<u>*Via Federal Express*</u>
Mr. Michael B. Golden
885 Third Avenue
Suite 2800
New York, NY 10022

Re:  Hartford Fire Insurance Company a/s/o Sync Sound, Inc.
     v. Cushman & Wakfield, Inc. and 444 Realty Company, LLC
     United States District Court, Southern District of New York

Dear Mr. Golden,

Enclosed please find our Motion to Admit Counsel Pro Hac Vice, Affidavit of James S. Newfield in Support of Motion to Admit Counsel Pro Hac Vice, Certificates of Good Standing from the State of Connecticut and the State of New York for James F. Biondo, and a proposed Order for Admission Pro Hac Vice on Written Motion. Upon proof of service that these documents were delivered to you we will be filing them with the Southern District of New York.

Sincerely,

Bonnie W. Halpin
Paralegal

/bwh
encl.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

# FedEx US Airbill

**1 From** Please print and press hard.

Date: 6/10/07
Sender's FedEx Account Number: 1629-5403-2
FedEx Tracking Number: 8627 0355 5330

Sender's Name: Bonnie Halpin
Phone: (203) 358-9200

Company: ROSENBLUM & NEWFIELD

Address: 1 LANDMARK SQ FL 5

City: STAMFORD   State: CT   ZIP: 06901-2670

**2 Your Internal Billing Reference**: Hartford 369.10021

**3 To**

Recipient's Name: Michael B. Golden    Phone ( )

Company:

Recipient's Address: 885 Third Avenue, Suite 2800

City: New York    State: NY    ZIP: 10022

03667735035

## 4a Express Package Service  *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service  *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling

- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (Shipper's Declaration attached)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

## 7 Payment  Bill to:

- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No.

Total Packages: 1    Total Weight: 1 lb    Total Declared Value: $ .00

## 8 Residential Delivery Signature Options

- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

519

## AFFIDAVIT OF SERVICE

I, James Newfield, an attorney licensed to practice law in New York State, affirm under penalties of perjury: I am not a party to the action, am over 18 years of age and reside in Stamford, CT.

On August 10, 2007, I served the within Motion to Admit Counsel Pro Hac Vice, Affidavit of James S. Newfield in Support of Motion to Admit Counsel Pro Hac Vice and Proposed Order for Admission Pro Hac Vice on Written Motion by depositing a true copy thereof enclosed in a Federal Express wrapper, in a official depository under the exclusive care and custody of Federal Express addressed to the following persons at the last known address set forth after name:

Mr. Michael B. Golden
885 Third Avenue
Suite 2800
New York, NY 10022


Dated: August 28, 2007
       White Plains, New York

James S. Newfield / SDNY Bar # JN9422
ROSENBLUM NEWFIELD, LLC
50 Main Street
White Plains, New York, 10606
Tel: 914-686-6100
Fax: 914-686-6140