UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HARTFORD FIRE INSURANCE COMPANY
a/s/o Sync Sound, Inc.,

                Plaintiff,

-against-

CUSHMAN & WAKEFIELD, INC, and 444 REALTY
COMPANY, LLC

                Defendant(s).

------------------------------------------------------------X

Case No. 07 CV 2998 NRB

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of JAMES S. NEWFIELD attorney for CUSHMAN & WAKEFIELD, INC. and 444 REALTY COMPANY, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    JAMES F BIONDO
    Firm Name:    Rosenblum Newfield LLC
    Address:    50 Main Street
    City/State/Zip:    White Plains, NY 10606
    Phone/Fax Number:    914-686-6100 / 914-686-6140
    Email Address:    jbiondo@rosenblumnewfield.com

is admitted to practice pro hac vice as counsel for CUSHMAN & WAKEFIELD, INC and 444 REALTY COMPANY, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 10, 2007
White Plains, NY

                                                United States District/Magistrate Judge  9/7/07

FOR OFFICE USE ONLY  FEE PAID $ _____  SDNY RECEIPT #